UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF V.A

JOSEPH ROHREN        REF: CASE NO.
V.                        1:10SW123
U.S DISTRICT COURT

## MOTION FOR DISCOVERY

COME NOW, THE PETITIONER, JOSEPH ROHREN, ACTING PRO'SE, MOVES THIS HONORABLE COURT, AT IT'S EARLIEST, TO ENTER AN ORDER, DIRECTING THE U.S DISTRICT ATTORNEY'S OFFICE TO PROVIDE EXCULPATORY EVIDENCE IN SUPPORT THEREOF STATES AS FOLLOWING:

1) THAT THE PETITIONER, JOSEPH ROHREN, IS CURRENTLY BEING HELD AT THE RED ONION STATE PRISON, LOCATED IN POUND V.A, FOR OFFENSES OF CRIMES AGAINST CHILDREN, TO WHICH HE WAS TRIED AND CONVICTED IN THE PRINCE WILLIAM CIRCUIT COURT AND HAS RECEIVED (M) LIFE SENTENCES

2) THAT THE PETITIONER HAS FILED APPEALS BOTH WITH THE VIRGINIA FOURTH CIRCUIT COURT OF APPEAL [RECORD NO. 0518-16-4] AND THE SUPREME COURT OF VIRGINIA [RECORD NO. 17118] TO WHICH BOTH APPEALS WERE DENIED

3) THAT THE PETITIONER IS CURRENTLY PREPARING HIS STATE HABEAS CORPUS PETITION

PENDING HABEAS

4) THE PETITIONER SEEK'S TO EXPAND RECORD AS PRO'SE, UNDER AUTHORITY OF HABEAS RULE 7, TO MOVE THIS COURT TO PRODUCE ALL MATTERS RELATED TO CASE NO 1:10CW123 TO INCLUDE, AND NOT LIMITED TO, COPIES OF THE APPLICATIONS USED TO OBTAIN SUCH SEARCH WARRANT, AFFIDAVITS, ITEM'S SEIZED, ANY AND ALL FD-302 REPORTS AND ANY COURT SUBPOENA'S.

5) UNDER RULE 7, TO "CLARIFY' RELEVANT FACTS" HABEAS CORPUS PETITIONER MAY PRESENT SUPPLEMENTAL EVIDENCE NOT CONSIDERED IN STATE COURT SO LONG AS EVIDENCE DOES NOT FUNDAMENTALLY ALTER LEGAL CLAIM ALREADY CONSIDERED BY STATE COURTS AND DOES NOT HAVE THE EFFECT —
— OVER —

COU'T NO 5:
OF UNDERMINING THE EXHAUSTION
REQUIRMENT ~~REQUIRMENT~~ VASQUEZ V HILLERY, 474, U.S
254, 258, 88 L.Ed. 2d 598, 106 S.Ct 617 (1986)

6) THE PETITIONER ARGUES THAT SUCH COURT SHOULD HONOR IS MOTION MOSTLY SO, BECAUSE IN MATTERS THAT WERE HEARD IN THE STATES COURT OF PRINCE WILLIAM COUNTY, CRIMINAL NO. CR12002816 THRU-CR2823, PROSECUTORS AND THAT CASE WERE FORCED TO PRODUCE EXCULPATORY EVIDENCE PURSUANT TO RULE 3A:11 DISCOVERY AND All MATTERS REQUIRED UNDER BRADY V. MARYLAND (1963)

7) THAT ON FEBRUARY 14, 2014, THE PETITIONER FILED A BRADY MOTION, PRETRIAL, SEEKING INFORMATION THAT IT WAS BELIEVED A FORMER DETECTIVE WITH P.W.C MAY HAVE BEEN INVOIVED IN THIS INVESTIGATIO, TO WHICH (FORMER) PROSECUTOR WIETHOP STATED " YOUR HONOR, DET ADAMS DID NOT PREPARE ANY REPORTS, IT'S THE F.B.I AGENTS THAT PREPARED REPORTS, HE WAS DOING A JOINT INVESTIGATION WITH THE FBI".
[TR: G 2-14-14]

8) IN REFERENCE TO ATTACHMENT-A, THE PETITIONER RESIDENCE WAS SEARCHED ON OR ABOUT MARCH 10, 2010 AT 16415 STEERAGE CIRCLE, WOODBRIDGE VA 22191, SPECIAL AGENT SHANE DANA IS IN CHARGED OF SAID INVESTIGATION. THAT ALTHOUGH NO FEDERAL CHARGES HAS EVER BEEN SERVED ON THE PETITIONER AS A RESULT OF SUCH SEARCH AND SEIZURE, THE PETITIONER HAS SINCE DISCOVERED, THROUGH HIS OWN INDEPENDENT INVESTIGATION AFTER HIS APPEALS WERE FILED, THAT THE ACCUSER IN THE PETITIONER CRIMINAL CASE, KNOWN AS C-H, AND WHO'S FATHER L.H, WAS A FORMER FBI AGENT, (C-H) WAS THE FBI'S INFORMANT AND/OR A SOURCE OF INFORMATION THAT GAVE SA D DANA THE PROBABLE CAUSE HE NEEDED TO EXECUTE SUCH SEARCH WARRANT.

9) THAT ALTHOUGH SA DANA DOES NOT SPECIFY WHO PROVIDED HIM WITH INTEL TO EXECUTE SAID SEARCH WARRANT, HE DOES MAKE IT CLEAR HE WAS TOLD OF CERTAIN PARTICULARS ON JANUARY 20TH, 2010 AND THE PETITIONER HAS

10) THAT IF THIS HONORABLE COURT WHERE TO HEAR EVIDENCE, IN SUPPORT OF THIS MOTION, IT WOULD HEAR EVIDENCE THAT C-H FIRST REPORTED THE ABUSE TO FBI SA SHANE DANA ON JANUARY 20TH, 2010. C-H WAS 87-YOA. C-H ALSO PROVIDED INTEL OF THE PETITIONER POSSIBLY VIOLATING TITLE 21, UNITED STATES CODE SECTION 841(a) 1 & 843(a)(3), HOWEVER, C-H'S INTEL ON THAT PRODUCED NO FRUITS OF CRIME.

11) THAT EVIDENCE WELL SHOW THAT THE F.B.I. (MOST NOTABLY) SA DANA, CREATED A FEDERAL F.D 302 REPORT, (SEE ATTACHMENT B) MAKING IT APPEAR HE INTERVIEWED C-H FOR THE FIRST TIME AUGUST 18, 2010 AND AS A RESULT OF GENERATING A FICTITIOUS REPORT, IT ALLOWED C-H TO TESTIFY HE AND HIS FATHER REPORTED SAID ABUSE DURING TRIAL JULY 8, 2010, TO WHICH HE THEN MET WITH SA DANA THEREAFTER.

12) THAT DUE TO THE PETITIONER HAVING MULTIPLE ATTORNEYS PRIOR TO THE AUGUST 18, 2014 TRIAL, IT WENT UNNOTICED TO THE THAT C-H DID IN FACT, DURING A PRELIMINARY
OYER

CON'T NO 12

HEARING, DID IN FACT TESTIFIED ON JULY 26, 2012, THAT HE AND HIS FATHER REPORTED TO THE F.B.I, ABOUT THE (ALLEGED ABUSE) JANUARY 2010, AFTER HE CASHED A CHECK THE PETITIONER HAD GIVEN HIM. (TR 54-68) PRE-LIM

13) THAT THE COMMONWEALTH WILL AGREE THAT THEY STIPULATED TO THE CHECK BEING ISSUED ON JANUARY 17, 2010 AND THAT IT WAS CASHED ON JANUARY 19, 2010

14) THAT S.A DANA CONTENDS IN REPORTS/ AFFIDAVIT, HE BECAME AWARE OF INTEL ON JANUARY 20TH, THAT ALLOWED THAT SEARCH WARRANT TO BE OBTAINED.

15) THE PETITIONER IS A FORMER DETECTIVE HIMSELF AND IS OF SOUND MIND AND HE ACCUSES THE F.B.I (MOST NOTABLY) SA DANA, OF OBTAINING SUCH SEARCH WARRANT UNDER PRETENCES AND OTHER FRAUDULENT MEANS, TO WHICH HE OBSTRUCTED JUSTICE BY SEPARATING HIS INVESTIGATION; BY ESSENTIALLY HIDING FAVORABLE EVIDENCE IN THE U.S DISTRICT THAT COULD OTHERWISE BE USED TO EXONERATE THE PETITIONER

16) THAT SA SHANE DAVA PROVIDED A WRONG TIMELINE IN HIS FD302 REPORT (ATTACHMENT-B) AS TO WHEN HE FIRST INTERVIEWED C-H, BECAUSE HE WAS TRYING TO CONCEAL ANY OTHER REPORTS, WARRANTS AND OR OTHERWISE THAT ASSOCIATES ITSELF WITH ATTACHMENT-A.

17) THAT ACCORDING TO THE COMMONWEALTH, ATTACHMENT-B IS THE ONLY KNOWN DOCUMENT ASSOCIATED TO C-H. HOWEVER, JUST 3 WEEKS BEFORE C-H'S TRIAL, FORMER PROSECUTOR WEITHOP PRODUCED A FBI FORENSIC VIDEO INTERVIEW OF C-H, THAT TOOK PLACE ON OCT-24, 2011 AND WAS NOT PROVIDED UNTIL JUNE 20TH, 2014. DAYS LATER, LEAD PROSECUTOR WEITHOP LEFT OFFICE WITHOUT WARNING.

18) THAT PETITIONER IS 100% CONVINCE ALL PROSECUTORS PARTICIPATED, EITHER IN WHOLE OR IN PART TO CONCEAL ALL OF THE EVIDENCE SA DAVA GATHERED FROM WHEN HE FIRST MET C-H ON JANUARY-2010 UP UNTIL JUNE 2010 AND MUCH OF THOSE EVIDENCE IS IN THE
—OVER—

COUNT NO. 18

1. THE U.S DISTRICT COURT. EMPHASIS

19. AND WHEREAS, THE PETITIONER PRAYS THIS COURT ORDERS THE RELEASE OF ALL DOCUMENTS ASSOCIATED WITH ATTACHMENT A*, TO CONCLUDE ALL MATTERS RELATED TO ATTACHMENT B - UNDER FILE NO 194D-WF-241902.

AND BY THE PETITIONER FINDS THAT SUCH REQUEST MEETS THE ENDS OF JUSTICE RULE

### AFFIRMATION

I SWEAR AND AFFIRM UNDER PENALTY OF PERJURY THAT THE STATEMENTS OF FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

### RELIEF REQUESTED

THE PETITIONER REQUEST THIS COURT ORDER THE U.S DISTRICT COURT TO PROVIDE THE PETITIONER, AT NO COST TO THE PETITIONER ALL AVAILABLE DOCUMENTS IT SO ORDERS TO BE RELEASED

RESPECTFULLY SUBMITTED

AUGUST 12, 2019         PRO'SE