IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **Joseph Ruhren,** ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | 1:19cv1632 (AJT/JFA) |
| ) | |
| **United States District Court,** ) | |
|     Respondent. ) | |

ORDER

By Order entered on January 6, 2020, this Court denied Joseph Ruhren's Motion for Discovery. See [Dkt. No. 3]. The motion had no merit because no federal habeas petition was pending in this Court at the time and Ruhren had not demonstrated good cause even if a petition had been pending. Ruhren has now moved for reconsideration of that order, which the Court will construe as a motion for relief under Rule 60(b) of the Federal Rules of Civil Procedure because it was filed more than ten days had passed after the entry of the final order. [Dkt. No. 4]. His motion alleges the Court misconstrued the motion because Ruhren had mistakenly labeled his initial motion as a "Motion for Discovery," and that he should have labeled it a Motion for Summary Judgment. [Dkt. No. 4 at 1]. Changing the title of Ruhren's motion, however, would not change the substance of what he wanted, which was this Court to enter an order directing non-parties to provide him with discovery for his use in a then yet to be filed state habeas petition. Changing the title of the motion would also not change the Court's ruling.

Moreover, Ruhren's current motion indicates that he has now filed a petition for a writ of habeas corpus in the Circuit Court of Prince William County, Virginia. Accordingly, he can file a motion for discovery in that court. See Va. Sup. Ct. R. 4:1; see also Rakes v. Fulcher, 172 S.E.2d 751, 755 (Va. 1970) (grant or denial of a request for discovery is a matter within the trial

court's discretion). Ruhren's Rule 60(b) Motion will be denied, and he can seek his discovery in the appropriate forum.

Accordingly, it is hereby

ORDERED that Ruhren's Rule 60(b) Motion [Dkt. No. 4] be and is DENIED.

If Ruhren wishes to appeal this decision, he must file a written notice of appeal with the Clerk's Office within thirty (30) days of the date of this Order. See Fed. R. Civ. P. 4(a). A written notice of appeal is a short statement stating a desire to appeal this Order and noting the date of the Order Ruhren wants to appeal. Ruhren need not explain the grounds for appeal until so directed by the court. Failure to timely file a notice of appeal waives the right to appeal this decision.

The Clerk is directed to send a copy of this Order to Ruhren.

Entered this 16 day of March, 2020.

Alexandria, Virginia

Anthony J. Trenga
United States District Judge