**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE 31ST JUDICIAL CIRCUIT

| | |
|---|---|
| JOSEPH RUHREN ) | |
| ) | |
| Petitioner ) | |
| ) | Case No. CM19-872 |
| v. ) | |
| ) | |
| ) | |
| HAROLD W. CLARKE, DIRECTOR ) | |
| VA DEPT. OF CORRECTIONS ) | |
| ) | |
| Respondent ) | |

### ORDER

THIS MATTER came before the Court this day upon Petitioner's application for leave to proceed *In Forma Pauperis* in conjunction with a Petition for *Writ of Habeas Corpus*; and

IT APPEARING that Petitioner is currently incarcerated in a correctional facility operated under the laws of the Commonwealth of Virginia; that the Petitioner has provided a certified copy of his trust account records; and that Petitioner's petition provides a statement of poverty and inability to pay fees and costs; it is therefore

ORDERED that Petitioner's application to proceed *In Forma Pauperis* is hereby granted.

The Clerk of the Court is directed to mail a copy of this order to the Petitioner.

ENTERED this ___ day of _____, 2020.

The Honorable Tracy C. Hudson
Prince William Circuit Court

*Pursuant to Rule 1:13 of the Rules of the Supreme Court of Virginia, the requirement of endorsement by the parties is dispensed with by the Court.